# Third District Court of Appeal

## State of Florida

Opinion filed January 20, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D19-1741
Lower Tribunal No. 16-22052
_____

**De Soleil South Beach Residential Condominium Association, Inc.,**
Appellant,

vs.

**De Soleil South Beach Association, Inc.,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, William Thomas, Judge.

Law Offices of Jason Gordon, P.A., and Jason Gordon (Hollywood), for appellant.

Young, Berman, Karpf & Karpf, P.A., and Andrew S. Berman, for appellee.

Before EMAS, C.J., and SCALES and HENDON, JJ.

PER CURIAM.

Affirmed.